**Rachel L. HODGE, Appellant,**

v.

**Jack A. SWILLUM, Respondent.**

**No. WD 64465.**

Missouri Court of Appeals,
Western District.

Sept. 27, 2005.

Virgil D. Rogers, II, Tipton, MO, for Appellant.

Clarence W. Hawk, Osage Beach, MO, for Respondent.

Before RONALD R. HOLLIGER, P.J., ROBERT G. ULRICH and JOSEPH M. ELLIS, JJ.

### ORDER

PER CURIAM.

Rachel Hodge appeals the judgment of the trial court following jury trial in favor of Jack Swillum on her claims for property damage and pain and suffering resulting from an automobile accident. She claims that the trial court erred in (1) giving a comparative fault instruction and (2) accepting the verdict in which the jury apportioned fault at 50% to Ms. Hodge, the plaintiff, and 50% to Mr. Swillum, the defendant, and awarded Ms. Hodge zero damages. The judgment of the trial court is affirmed. Rule 84.16(b).

■

**Marion Dale MOAD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64475.**

Missouri Court of Appeals,
Western District.

Sept. 27, 2005.

Jeannie Marie Willibey, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Daniel N. McPherson, Asst. Attorney General, Jefferson City, MO, joins on the briefs for Respondent.

Before VICTOR C. HOWARD, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

*Order*

PER CURIAM.

Marion Moad appeals the denial of his Rule 29.15 motion in which he sought to vacate his convictions for one count of first-degree murder and two counts of first-degree assault. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).